IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AQUINO OSORIA,

    Petitioner,

vs.                          CIVIL ACTION NO.: CV205-220

JOSE M. VASQUEZ, Warden,

    Respondent.

## ORDER

Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2241. By Order dated January 9, 2006, Petitioner was allowed a period of twenty (20) days to file any objections to the Respondent's motion or otherwise inform the court of his decision not to object to said motion. Petitioner was advised that if he did not respond to Respondent's motion within said twenty (20) day period of time, this Court would enter an Order dismissing this action, without prejudice. Petitioner has failed to respond to the Court's Order. Accordingly, the petition is **DISMISSED**, without prejudice.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 8th day of Feb, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)