AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AQUINO OSORIA

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:   CV205-220

JOSE M. VASQUEZ, WARDEN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated February 8, 2006, dismissing case for failure to respond to the Court's Order entered January 9, 2006; judgment of dismissal is hereby entered without prejudice and this case stands dismissed.

| February 9, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03